JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SANTAMARIA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STEVE LANGFORD, Warden,<br><br>　　　　Respondent. | Case No. 2:18-cv-02299-RGK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed as an unauthorized second or successive petition under 28 U.S.C. § 2255.

DATED: May 29, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE